[No. 64425-4-I. Division One. February 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL STOLE CUNNINGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-1-00642-6, Charles R. Snyder, J., entered November 3, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 64679-6-I. Division One. February 28, 2011.]

*In the Matter of the Marriage of* NOELLE LYNN BARRETT, *Respondent*, and DANIEL JOSEPH BARRETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-3-01590-9, George T. Mattson, J., entered December 4, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 64896-9-I. Division One. February 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SOU VOEI SAETERN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-01838-0, Susan J. Craighead, J., entered February 8, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Schindler, JJ.

[No. 65045-9-I. Division One. February 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. L.W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-8-00147-8, Christopher A. Washington, J., entered March 3, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Cox, JJ.